UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

JASON SHOWERS

                                Plaintiff,

    -v.-

                                Civil Action No.
                                3:13-cv-1147 (GLS/ESH)

CAROLYN W. COLVIN,
Commissioner of Social
Security

                                Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                    OF COUNSEL:

**FOR THE PLAINTIFF:**

Lachman, Gorton Law Firm        PETER A. GORTON, ESQ.
P.O. Box 89
1500 East Main Street
Endicott, New York 13761-0089

Office of Nancy J. Meserow       NANCY J. MESEROW, ESQ.
7540 SW 51st Ave.
Portland, Oregon 97219

**FOR THE DEFENDANT:**

Social Security Administration     JOANNE JACKSON PENGELLY,
Office of Regional General Counsel  ESQ.
Region II
26 Federal Plaza - Room 3904
New York, New York 10278

GARY L. SHARPE,
CHIEF JUDGE

# **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Earl S. Hines, duly filed February 17, 2015. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Earl S. Hines filed February 17, 2015 (Dkt. No. 17) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that the Commissioner's decision denying disability benefits is REVERSED and the case is REMANDED pursuant to 42 U.S.C. § 405(g), sentence four, for further proceedings; and it is further

ORDERED that the Clerk close this case and provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated: March 25, 2015
         Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court